IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20556
Conference Calendar

_____

DAVID EARL WILLIAMS,

                                        Plaintiff-Appellant,

versus

GARY JOHNSON,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CV-904
- - - - - - - - - -
February 11, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    The district court dismissed as frivolous pursuant to 28
U.S.C. § 1915(e)(2) the 42 U.S.C. § 1983 complaint filed by
David Earl Williams, Texas inmate # 652854.  Williams appeals,
but does not challenge the basis for the district court's
dismissal.  This court will not raise and discuss legal issues
that the appellant has failed to assert.  When an appellant fails
to identify any error in the district court's analysis, it is the
same as if the appellant had not appealed that judgment.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987).  Because Williams does not address on appeal the district court's reasons for dismissing the complaint, he has abandoned the only issue on appeal before this court.  Id.

Williams' appeal is without arguable merit and is frivolous.  See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED.  See 5th Cir. R. 42.2.  We caution Williams that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions, Williams is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.